**FILED**
DISTRICT COURT OF GUAM
DEC 28 2017
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. MJ 17-00177
Information Associated with tulzcha@gmail.com Stored )
at Premises of Google, Inc. (See Attachment A) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information Associated with tulzcha@gmail.com Stored at Premises of Google, Inc. Property is further described in Attachment A.

located in the _____ District of _____Guam_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B which is incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1470 | Transfer if Obscene Material to Minor |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

CHRISTINE R. ALBO, Special Agent, NCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/28/17

*Judge's signature*

City and state: Hagatna, Guam    JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Christine R. Albo, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have a Special Agent with the Naval Criminal Investigative Service (NCIS) for four years and currently am assigned to the Resident Agency Marianas in Guam. I have been a Federal Law Enforcement Officer for over nine years. Prior to NCIS, I was a Special Agent with the Air Force Office of Special Investigations (AFOSI) for five years. I have attended numerous training courses, specifically the Criminal Investigator Training Program, the AFOSI Basic Special Investigator Course, and the NCIS Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received instruction on federal laws, interviewing techniques, search and seizure techniques, arrest procedures, evidence collection techniques, and other subjects relating to criminal investigations. The statements in this affidavit are based on the results of the conduct of a federal investigation, to include information from sworn law enforcement agents of the Naval Criminal Investigative Service, Federal Bureau of Investigation, Air Force Office of Special Investigations, and other law enforcement agencies.

2. I make this affidavit in support of an application for a search warrant for the Google email (Gmail) account tulzcha@gmail.com, which is stored at premises controlled by Google, Inc., headquartered at 1600 Amphitheatre Parkway, Mountain View CA 94043. The information to be searched is described in the following paragraphs and within Attachment B.

3. Based on my training and experience and the facts as set forth in this affidavit, I submit probable cause exists to believe within the account described in the search warrant there exist instrumentalities, fruits, and evidence of violations of Title 18, United States Code, Section 1470,

1

Transfer of Obscene Material to Minors. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a warrant to search, I have not included every detail of the investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause. The information contained in this affidavit is based upon information provided by other law enforcement officers, the review of various documents and records, and, where specified, personal observation and knowledge. This affidavit will show there is probable cause that records and other items of evidentiary value related to the violations being investigated will be found within the aforementioned Gmail account.

## JURISDICTION

4. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by Title 18, United States Code, Section 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States ... that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

5. The following are facts and circumstances as they relate to establishing probable cause for the issuance of a search warrant for the Google email account, tulzcha@gmail.com, belonging to Michael Louis McCarron.

6. On or about October 31, 2017, McCarron began electronic communications with an undercover agent who posed as a 13 year-old female. Initially the communication was through Craigslist emails until November 8, 2017, when McCarron began to communicate with the person he believed to be a 13 year old female via the Gmail account tulzcha@gmail.com. These email exchanges continued until on or about November 30, 2017. During this period, McCarron sent

2

sexually explicit email messages, sent several images of his exposed penis, and told the person he believed to be a 13 year old female that he intended to have sexual intercourse with her. Additionally, McCarron emailed the person he believed to be a 13 year old female a video of himself masturbating. During the email exchanges with the person he believed to be a 13 year old female, McCarron discussed sexual activity and discussed meeting her in person to engage in sexual activity with him.

7. On November 8, 2017, McCarron used Craigslist email to ask the person he believed was a 13 year old female for a photograph of her and provided the Gmail account tulzcha@gmail.com to her to use to send the photograph. Later the same day, McCarron sent via the aforementioned email a photograph of his penis and a fully nude photograph of himself with his penis exposed in his left hand. On November 14, 2017, McCarron told the person he believed to be a 13 year old female via email that he thought she was beautiful and stated, "I would love to meet yu [sic] and teach you about everything sex one day." He sent a video of himself masturbating and told her he did not mind that she did not know much about sexual activities. On November 17, 2017, the person believed to be a 13 year old female asked McCarron if he was serious about engaging in sexual activity "in real life" and he stated, "I am really serious..." On November 21, 2017, McCarron asked the person he believed to be a 13 year old female, "When do you think you might be able to hang (make) out?" When she suggested the following Monday, November 27, 2017, and asked McCarron what they would do, McCarron stated, "I would like to maybe kiss, maybe let you explore anything you want." Later in the email conversation, McCarron stated he wished they could meet that night and sent via email another photograph of his exposed penis.

8. On November 26, 2017, McCarron asked the person he believed was a 13 year old female what she was wearing and told her he was thinking about how he would like to kiss her all over. On

3

November 28, 2017, after the person believed to be a 13 year old female asked McCarron whether he would like to hang out on November 29, 2017, he asked, "What would you wanna do? Something sexual?" McCarron told her he wanted to come see her but it would depend on his work schedule and it would likely be sometime after 3pm. McCarron wrote her on November 29, 2017, at 5:39pm asking, "What is your address…when is too late to cum [sic] over?"

9. During the email communications, McCarron identified himself as a 32 year old male with the last name of "McCarron" and said he was driving a Ford Taurus, lived in Washington but was on temporary duty to Guam for work. He informed the person he believed to be a 13 year old female that he was affiliated with the military, had base access, and was residing in the Sheraton Laguna Resort Room 342 while in Guam. On November 30, 2017, a federal search warrant was obtained and executed for Room 342 of the Sheraton Laguna Resort. McCarron's electronic media was seized, and he was interviewed by NCISRA Marianas and FBI Resident Agency Guam. During a non-custodial interview, McCarron admitted to communicating via Craigslist and the Gmail account tulzcha@gmail.com with a person he believed to be a 13 year old female. McCarron confirmed he sent several nude photographs of himself and a video of himself masturbating to the female he believed to be 13 years old. He also admitted he discussed meeting the person he believed to be a 13 year old female in person to engage in sexual activity and intended to meet her in person in order to engage in sexual activity with her.

## CONCLUSION

10. Based on my training and experience and the fact set forth above, I believe there is probable cause the Gmail account tulzcha@gmail.com contains evidence of violations of Title 18, United States Code, Section 1470, Transfer of Obscene Material to Minors, and the evidence is

4

located at the premises owned, maintained, controlled, or operated by Google Inc., headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

11. As a federal agent, I am trained and experienced in identifying communications relevant to the crimes under investigation. The personnel of Google are not. I also know that the manner in which the data is preserved and analyzed may be critical to the successful prosecution of any case based upon this evidence. It would be inappropriate and impractical, however, for federal agents to search the vast Google accounts for the relevant accounts and then to analyze the contents of those counts on the premises of Google. The impact to Google's business would be severe. Therefore, I request authority to search the content listed in Attachment B.

## REQUEST FOR SEALING

12. I further request that the Court order and all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify associates, or otherwise jeopardize the investigation.

//
//
//
//
//

5

## REQUEST FOR A NONDISCLOSURE ORDER

13. It is respectfully requested that this Court, pursuant to 18 U.S.C. § 2705(a)(A), issue a nondisclosure order to Google, Inc. for a period of ninety (90) days, because disclosure to any individual or entity in any matter related to this search warrant would seriously jeopardize the investigation now in progress.

*[signature]*

Christine R. Albo
Special Agent
Naval Criminal Investigative Service

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

This warrant applies to information associated with tulzcha@gmail.com, which is stored at premises controlled by Google, Inc., a company that accepts service of legal process at Google Inc., c/o Custodian of Records, 1600 Amphitheater Parkway, Mountain View, California 94043.

# ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

All records and other stored information from October 31, 2017 to November 30, 2017, pertaining to the Google email (Gmail) account tulzcha@gmail.com.

(1) all subscriber information (including subscriber names, addresses, date of birth, gender, telephone numbers, screen names, account numbers, status of account, duration of account, and method of payment), to include associated accounts and all subscriber information associated with them;

(2) all account history (including customer Terms of Service and any complaints);

(3) all detailed billing and/or financial records (including date, time, duration, and user ID used each time a particular account was logged in and/or activated, if applicable);

(4) a complete log file of all activity relating to the account(s) (including communications, log-in information, dates, times, method of connection, port, dial-up, associated IP address, and/or location);

(5) all records of subscriber account preferences, including, but not limited to, the name and Internet address of any "favorites" specified by the user(s) of the accounts, along with any "address books," "frequent contacts," or "member profiles" maintained by, or related to, the account(s);

(6) all communication and the contents of any and all e-mails/messages stored in the subscriber's Gmail account, including any attachments, sent by or received by the accounts, whether saved or deleted, whether contained directly in the account or in a customized "folder";

(7) all images and visual depictions, in any way associated with the account(s) and in whatever form stored; any and all contents of electronic files that the subscriber has stored in the subscriber's account;

(8) all Privacy Preferences.

8

Case 1:17-mj-00177   Document 1   Filed 12/28/17   Page 9 of 9